**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Zyprexa Products Liability Litigation
_____/

**ORDER STAYING CASES PENDING DETERMINATION BY MDL PANEL**

Numerous actions involving Zyprexa products liability have been filed in this Court. A transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-1596. Until that determination is made, all of the following cases are **STAYED** and, accordingly, any deadlines or pretrial conferences in these cases are **VACATED**:

C05-04830 WHA
C05-04895 WHA
C05-05012 WHA
C05-05013 WHA
C05-05077 WHA
C05-05092 WHA
C06-00036 WHA
C06-00041 WHA
C06-00252 WHA
C06-00565 WHA
C06-00583 WHA
C06-00584 WHA
C06-00598 WHA
C06-00663 WHA
C06-00900 WHA
C06-00958 WHA
C06-00961 WHA
C06-00969 WHA
C06-01024 WHA
C06-01033 WHA
C06-01040 WHA
C06-01043 WHA
C06-01053 WHA

```
 1   C06-01056 WHA
     C06-01077 WHA
 2   C06-01085 WHA
     C06-01093 WHA
 3   C06-01110 WHA
     C06-01116 WHA
 4   C06-01117 WHA
     C06-01123 WHA
 5   C06-01126 WHA
     C06-01128 WHA
 6   C06-01129 WHA
     C06-01131 WHA
 7   C06-01155 WHA
     C06-01242 WHA
 8   C06-01246 WHA
     C06-01263 WHA
 9   C06-01273 WHA
     C06-01284 WHA
10   C06-01287 WHA
     C06-01339 WHA
11   C06-01340 WHA
     C06-01406 WHA
12   C06-01489 WHA
     C06-01532 WHA
13
```

**IT IS SO ORDERED.**

Dated:  February 28, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2